IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

John Doe

Case No. RDB-21-0160

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Andrew Szekley, AFPD_____, and the Government was represented by Assistant United States Attorney _____Adam Ake_____, it is

**ORDERED**, this __17th__ day of __May__ __2021__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_Thomas M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement